## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leticia Lopez Penaloza, | No. CV-25-04844-PHX-DWL (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

In their response to the OSC, Respondents "acknowledge that Petitioner's claim in this action as to ICE's detention authority and Petitioner's entitlement to a bond hearing appears to be subject to the *Bautista* judgment and to any applicable appellate proceedings relating to it" and further acknowledge that "[t]o the extent Petitioner seeks an order requiring such a bond hearing here, it should be consistent with what courts in this district have generally ordered in similar cases, which is to require a hearing to be held within seven days." (Doc. 6 at 2.)  Respondents also indirectly contend that *Echevarria* was wrongly decided.  (*Id.*)  In reply, Petitioner asserts that "although [she] does not concede her membership in the Bond Eligible Class certified in *Maldonado Bautista* at this juncture, the holdings in the Certification Order certainly support granting her habeas relief" and, at any rate, "[w]hile Respondents did not address *Echevarria* . . . , *Maldonado Bautista* is consistent with the holdings in *Echevarria*." (Doc. 8.)

Given this backdrop, the Court concludes (consistent with the OSC) that the Petition should be granted, at a minimum, for the reasons set forth in *Echevarria*.

**IT IS ORDERED**:

1.  Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

2.  Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before detention.

3.  Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing a bond hearing.

4.  Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 6th day of January, 2026.

_____

Dominic W. Lanza
United States District Judge

- 2 -